IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

SHARON SCHNEIDER,

    Plaintiff,

vs.

TRIAD-GROUP, INC, TRIAD PHARMACEUTICALS, INC. AND BAYER HEALTHCARE PHARMACEUTICALS, INC.,

    Defendants.

No. 11-CV-109-LRR

ORDER

_____

The matter is before the court on its own motion. On November 19, 2013, the court directed Plaintiff Sharon Schneider to file a status report or stipulation of dismissal with the Clerk of Court or to take other appropriate action with respect to Defendants Triad-Group, Inc. and Triad Pharmaceuticals, Inc., by December 6, 2013. November 19, 2013 Order (docket no. 43). To date, Schneider has not taken any additional action with respect to the instant case. Accordingly, the Clerk of Court is **DIRECTED** to **DISMISS** Schneider's claims against Defendants Triad-Group, Inc. and Triad Pharmaceuticals, Inc. **WITH PREJUDICE** and **CLOSE THIS CASE**.

    **IT IS SO ORDERED.**

    **DATED** this 9th day of December, 2013.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA